IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY D. LEISER,

    Plaintiff,

  v.

Case No. 16-cv-860-slc

REED RICHARDSON, MARIO CANZIANI,
J. ACHTERBERG, PATRICK J. LYNCH,
B. LUNDMARK, W. KATZMARK,
K. JOHNSON, G. LAWISON AND
G. HICKEY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/27/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |